TOPIC: INTERVIEW OF DARRELL BENNETT

On February 21, 2013, Homeland Security Investigations/New York (HSI/NY), Child Exploitation Group (CEG) agents executed A Federal Search Warrant issued in the Southern District of New York, for 18 USC 2252A-Transportation and Distribution of Child Pornography, at 220 Bradhurst Ave, Apt 6B, NY, NY 10039. Subsequent to the search, agents seized one (1) HP laptop computer, four (4) cellphones, one (1) camera, one (1) video camera



DB_000059

and other digital media. This report of investigation documents the interview of Darrell BENNETT.

On February 21, 2013, Darrell BENNETT was interviewed during a search warrant in his apartment at 220 Bradhurst Ave, Apt. 6B, New York, NY 10039. BENNETT provided NY start identification card and verified his DOB (08/05/85). BENNETT was advised orally that he was not under arrest and free to leave at any time. BENNETT was also advised orally that he did not have to speak with agents and could stop speaking at any time. BENNETT agreed to speak with agents and answer questions. BENNETT said he rents apartment 6B at 220 Bradhurst Ave, New York, NY 10039. BENNETT said that he sublets the apartment from Shaun Neville and pays rent in cash to Neville. BENNETT said that Neville, in addition to a few others, receive mail at 220 Bradhurst Ave, Apt. 6B, New York, NY 10039. BENNETT said he lives in the apartment alone and owns the HP laptop. BENNETT said his carrier is Time Warner Cable and that he pays the bill for cable/internet. BENNETT stated he has a locked wireless account named "Darrell" and the password is "Napoleon." BENNETT also pointed out drawers in his dresser which contained thumb drives, a camera, and a video camera. BENNETT consented to a search of his Iphone and told agents that his phone was not password protected.

BENNETT was shown and given a copy of the search warrant for 220 Bradhurst Ave, Apt. 6B, New York, NY 10039. BENNETT was told the search warrant was for child pornography. BENNETT stated he understands the definition of child pornography and he then described child pornography as adults having sex with children. BENNETT stated that he is not into child pornography. BENNETT was advised that someone at his IP address had contact with an undercover agent and used the name "GETTINITIN2012." BENNETT stated he had never heard used the screen name "GETTINITIN2012" and does not know who would have. BENNETT said that he is in a relationship with a woman named Ashley LEVY, but is bisexual and has numerous male sexual partners. BENNETT said men come in and out of his apartment frequently and would not provide the names of these men. BENNETT said numerous men have had access to his laptop. BENNETT stated he has numerous visitors including his girlfriend and a friend named Anthony. BENNETT stated he has watched p
ornography on his laptop and frequently looks at adult pornography websites. When asked about child pornography, BENNETT initially said he does not watch child pornography, does not download child pornography, does not produce child pornography, and does not have child pornography sent to him via the mail. Later during the same interview, BENNETT admitted that a male sexual partner had downloaded child pornography and BENNETT had watched the child pornography on his laptop with the male sexual partner but was not into it as a sexual preference. BENNETT would not provide the name of the man that allegedly downloaded child pornography on his computer because BENNETT stated

DB_000060

he did not want to be a rat.  BENNETT further stated that he knew what he watched was child pornography but did not know that it is illegal.  BENNETT admitted to watching various types of pornography like child pornography, rape and torture scenes, and sex involving feces but stated he does not believe any of that is illegal.  BENNETT said
that forensics agents will not find any child pornography stored on his laptop.  BENNETT said he does not know what Gigatribe is and does not remember downloading it or using it.  BENNETT was told that Gigatribe is on his laptop, which BENNETT did not believe.  BENNETT stated he can't access his laptop remotely and has never tried.  BENNETT said he had had never heard if search terms such as "PTHC" or "raygold" and when searching for pornography he would type in "porn."  BENNETT also stated there is a difference between looking at child pornography and saving child pornography.

A preliminary computer forensics examination of the HP laptop was conducted and files consistent with child pornography were found on BENNETT's laptop. When asked about the child pornography on his laptop, BENNETT stated he does not believe any child pornography is on his laptop.

BENNETT is a graduate of Harvard and teaches as a college professor at ASA College.  BENNETT stated he does not have access to children under the age of eighteen and is always professional when dealing with his students.  BENNETT is an author and makes speeches about his books.