DB_000086

TOPIC: POST ARREST INTERVIEW OF DARRELL BENNETT



DB_000087

On October 22, 2013, HSI/NY CEG Agents arrested Darrell BENNETT (DOB:08/05/1985) at his residence 220 Bradhurst Ave, Apt.6B, New York, NY 10039.  BENNETT was read his Miranda Warnings and advised of his right to remain silent.  BENNETT asked if the arrest was related to the February 2013 search warrant of his apartment and said the statements he made during the search warrant were all he knew.  BENNETT said the other male in the apartment is his friend Jordan and asked if he could ask Jordan to call his mom.  BENNETT also said it was ok to leave Jordan in the apartment when we left and to give Jordan the keys to BENNETT's apartment.  BENNETT said that he did not need to bring his cellular telephone with him to court and provided his United States passport to bring to pretrial.  BENNETT was then transported to the SAC NY office for processing and interview.
Upon arrival at the SAC NY Office, BENNETT was reminded of his Miranda Warnings that were read to him in his apartment.  BENNETT stated that he did not want to get into the child pornography files because a lot had changed in the last eight months.  BENNETT said that he had Bit Torrent and Bear Share but he is not part of this mess.  BENNETT stated during the time of the search warrant he was running with the wrong crowd and in the last eight months he had passed the bar exam and changed his life for the better.  BENNETT said this is all nonsense.  CEG Agents showed BENNETT the complaint and arrest warrant.  BENNETT read the arrest warrant and complaint briefly, shook his head in disagreement, and denied any knowledge of child pornography files being on his computer.  BENNETT was placed back in a cell.  Approximately thirty minutes later, BENNETT knocked on the cell door and asked to speak with S/A ▮▮▮▮▮ again.  BENNETT stated he was more comfortable speaking with S/A ▮▮▮▮▮ with a different agent.  BENNETT stated the search warrant of his apartment in February 2013 has changed his life for the better.  BENNETT said that he is not afraid of going to jail, ut wants people to know he would never harm a child.  BENNETT admitted he has downloaded and viewed child pornography on his laptop.  BENNETT knows that he should not have downloaded child pornography but did it anyway.  BENNETT said he thinks he has between 20-30 videos of child pornography saved to his laptop.  BENNETT stated he started downloading child pornography about a year before the search warrant in February or March 2012.  BENNETT said he had felt guilty about looking at child pornography so he had deleted the child pornography files and downloaded it again several times.  BENNETT said there would be periods when he would look at child por
nography more than other times.  BENNETT stated he masturbates to child pornography.
BENNETT stated he had heard about Gigatribe from a friend named MARK LNU.  BENNETT said he and MARK downloaded Gigatribe together and both created the screen name GETTINITIN2012.  BENNETT could not remember his password for his screen name but believes all his passwords are saved on his laptop.  BENNETT

said Gigatribe did not take long to download. BENNETT said he would only use Gigatribe to download child pornography and usually did it weekly. BENNETT said that he also deleted Gigatribe two to three times when he was feeling guilty and would reinstall Gigatribe again.

BENNETT said the child pornography he looks at is mostly boys between the ages of 5-7 YOA and 7-14 YOA, sometimes teenage boys as well. BENNETT said he masturbated to child pornography but really did not think child pornography was a serious thing otherwise he would have tried to hide it better. BENNETT also said he and MARK would look at child pornography together to get excited.
BENNETT said he met MARK LNU on an adult site called "Adam to Adam" and does not know MARK's last name. BENNETT said things did not work out with MARK and he thinks MARK may have moved out of New York. BENNETT stated MARK may not have been his real name.
BENNETT apologized for lying to the agents during the search warrant and earlier this morning. BENNETT said he was happy about us doing the search warrant because he feels God has answered his prayers and he is in a different state of mind.
BENNETT was then processed and transported to the Southern District of New York for arraignments. After BENNETT was arraigned he was escorted by Special Agent ███████ from HSI SAC/NY. S/A ███████ reported the following.
On October 22, 2013 at approximately 4:00 pm, Assistant United States Attorney Eun Young Choi requested the assistance of Special Agent ███████ to watch over an individual who had been arrested that morning for possession of child pornography. Special Agent ███████ escorted arrestee Darrell BENNETT from the Magistrate Court to the clerk's office for the signing of his bail bond. Once inside the clerk's office Darrell was greeted by one of his friends who had already been waiting for him inside. Darrell began explaining to his friend what a crazy day he had. He explained how HSI had showed up at his door early in the morning and startled him by the way they banged on his door. Darrell went on to say that he didn't find HSI to be professional in the way they did business and he stated he would remember the way he was treated by them because one day he would be in a position of power. Furthermore Darrell then went into detail about the Prosecutor assigned to the case. He explained she previously worked for a recognized law firm before her current job as a prosecutor for the Government. Darrell explained that she knew his background and was going to do all that she could try to make an example of him because of who he is. Darrell mentioned she was an aggressive prosecutor and stated that she was Asian and that they are the hardest working. Darrell told his friend that he planned on reaching out to some of his old professors to see if they could write a letter on his behalf or do whatever they could to help him out. The above statements were made by Darrell Bennett at the Southern District of New

███████████████████████████████████████████

York on October 22, 2013 roughly between 4:15 and 4:30.

███████████████████████████████████████████