FD-302 (Rev. 5-8-10)      -1 of 2-      

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    12/17/2012

    On December 10, 2012, SA ▮▮▮▮▮▮▮▮ an online covert employee (OCE), while working in an undercover capacity, signed on to the GigaTribe file sharing program via an Internet connected computer located at the FBI New York Office. Writer memorialized the session by intermittent video capture using the software program SnagIt. In addition, any download activity was monitored via the packet-capture application, CommView. All times noted in this report are approximate and reflect Eastern Time (ET):

**Session Summary**

| | | |
|---|---|---|
| Session number: | NY-1409 | Session Start: 10:34am |
| | | Session End: 10:45am |
| GigaTribe UC name: | Saltydog | |
| Subject name: | Gettinitin2012 | |
| Subject IP address: | 72.227.227.138 | |

**Session Details:**

    OCE previously sent an invite to Gettinitin2012 that was accepted by Gettinitin2012 on December 7, 2012. Upon signing on to GigaTribe, OCE observed that the user Gettinitin2012 was online. Gettinitin2012 was sharing one password protected folder, "Videos." Gettinitin2012 communicated with the OCE, in a private message, that his password was "fun". OCE entered the password and browsed through Gettinitin2012's shared folders and files. Gettinitin2012 was sharing numerous files that had filenames indicative of child pornography (CP). OCE downloaded six video files from Gettinitin2012; all of the downloaded files appeared to depict CP.

    According to CommView, Gettinitin2012 was sharing the files from the Internet Protocol (IP) address 72.227.227.138, registered to Time Warner Cable. The GigaTribe website revealed that Gettinitin2012 has been a member since 11/10/2012 and has 174 contacts.

    The downloaded files, log files, and video capture file have been

---

Investigation on   12/10/2012   at   New York, New York, United States (, Other (Internet))

File # ▮▮▮▮▮▮▮▮      Date drafted   12/17/2012

by ▮▮▮▮▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

305A-NY-284063-G

Continuation of FD-302 of NY-1409 (Gettinitin2012) , On 12/10/2012 , Page 2 of 2

designated as NY-1409.

Screenshot of BearShare (or similar P2P) client showing shared folder "Gettinitin2012 > Videos"

Contacts panel (left):
- Saltydog - I will give you pass to all...
- All contacts (43)
- 1b - New York (2/6)
- 13 - US (0/3)
- Invitations Received (1)
  - Gettinitin2012
- Dedstrad
  - Angel1992
  - Netkil
  - Romechelle
  - sandfoo
  - Daddier - available to trade
  - Gettinitin2012
- 4090.flv
- Jasmin1192
- Mikemanoz1 - is every one here...
- Oneupsxxx - Verifying
- Default group (2/35)
  - Animater
  - Astweenie
  - Bencold - who contacts you want...
  - Black-shirt
  - Cindy_m2 - UPDATING MY...
  - Chronce2
  - Dedstrad
  - Disperation
  - Dragonxm - Searching...
  - Equateadate - looking for on ba...
  - Executive
  - Freeman92 - must have somet...
  - Fireflex180
  - Gbgurmm
  - Gobofgod13 - Searching...
  - H2oted
  - Haredercon - I love two thumb...
  - Lacunox
  - Maloneeni
  - Markman77
  - Milkechance
  - Newbies955 - I can get into ...
  - Nickloyd
  - Patrick_2010 - poor as hooded...
  - pinche...

Status bar: Available, 3 contacts connected, 116.0 KB/s ↓ 0.0 KB/s ↑

File listing (Gettinitin2012 / Videos):

| Name | Size | Type | Modification date | Rating |
|---|---|---|---|---|
| 179.flv | 309.0 MB | VLC media file (... | 10/01/2012 11:3... | |
| 180_142_biquu-G669-.mp4 | 9.7 MB | MP4 Video | 10/04/2012 10:4... | |
| 180_184_WIDU0-C261-.mp4 | 15.7 MB | MP4 Video | 10/24/2012 07:3... | |
| 180_195_CTIH-G456-.mp4 | 33.7 MB | MP4 Video | 10/04/2012 10:0... | |
| 2012-05-25-HardSexTube_Sweaty_African_Orgasm_1_wm... | 32.4 MB | MP4 Video | 09/30/2012 01:3... | |
| 240P_367K_3239709.mp4 | 138.4 MB | MP4 Video | 10/04/2012 08:0... | |
| 408703.4-.mp4 | 70.6 MB | MP4 Video | 10/17/2012 11:2... | |
| 4090.flv | 18.3 MB | VLC media file (... | 09/30/2012 11:5... | |
| 413634.mp4 | 70.9 MB | MP4 Video | 10/17/2012 11:2... | |
| 480_699_cGOMR-C167-.flv | 22.2 MB | VLC media file (... | 09/10/2012 11:3... | |
| 50668.mp4 | 52.7 MB | MP4 Video | 10/02/2012 12:5... | |
| 5091.flv | 56.4 MB | VLC media file (... | 09/30/2012 10:4... | |
| 90442.mp4 | 49.0 MB | MP4 Video | 10/04/2012 07:5... | |
| 513677.mp4 | 123.2 MB | MP4 Video | 10/06/2012 04:2... | |
| 56brrKIoxIAN-80.mobile.mp4 | 676.1 MB | MP4 Video | 11/29/2012 10:2... | |
| 881.mp4 | 190.7 MB | MP4 Video | 10/01/2012 01:4... | |
| CzechHunter_43.mp4 | 252.2 MB | MP4 Video | 11/01/2012 06:3... | |
| Dirty_talkin_interracial_Who039;s_gonna_be_addicted_to_... | 24.3 MB | VLC media file (... | 10/04/2012 03:4... | |
| EricVideos_Leo_Plowed_And_Loaded_By_Jayem.mp4 | 120.8 MB | MP4 Video | 10/08/2012 12:1... | |
| fukin_a_sounter_HOOD_AMATEURS_FREE_BLACK_AMA... | 205.6 MB | VLC media file (... | 10/04/2012 03:5... | |
| Indian_Tugjob.flv | 9.0 MB | VLC media file (... | 09/12/2012 11:0... | |
| Looking_at_his_ASS_will_make_you_Cum..flv | 432.7 MB | VLC media file (... | 10/04/2012 08:0... | |
| Other | | Folder | 11/29/2012 12:3... | |
| Pamela_Butts_Geburtstags_xHamster.com (1).flv | 419.0 MB | VLC media file (... | 12/05/2012 08:3... | |
| RocandShay_Nice_view_of_Roc039;s_bootyhole.flv | 92.2 MB | VLC media file (... | 11/08/2012 11:4... | |
| Roc_amp_Shay_xHamster.com.flv | 92.9 MB | VLC media file (... | 11/17/2012 11:3... | |
| Roc_of_RocandShay_Vids.flv | 94.9 MB | VLC media file (... | 10/29/2012 02:3... | |
| sample.wmv | 13.7 MB | Windows Medi... | 10/29/2012 03:0... | |
| See_With_Passion_Spankwire.com.mp4 | 58.2 MB | MP4 Video | 10/08/2012 11:4... | |
| Swing_party_xHamster.com.flv | 45.4 MB | VLC media file (... | 10/01/2012 02:0... | |
| The_Life_of_a_College_Student_u2014_the_jerking_ven_h... | 114.4 MB | VLC media file (... | 09/21/2012 07:2... | |
| thugmegle5.flv | 4.2 MB | VLC media file (... | 10/15/2012 11:4... | |
| tumblr_lpg35mfF1U1qb5wb.mp4 | 48.3 MB | MP4 Video | 09/27/2012 03:4... | |
| tumblr_m0rdvuHBs1qt6bl_r1.mov | 11.3 MB | QuickTime Movie | 10/07/2012 06:2... | |
| tumblr_m57qkbPVqs4.qacdn.mp4 | 56.0 MB | MP4 Video | 09/27/2012 11:4... | |
| xvideos.com_0647122d4eb2a552Fad3a52edf12e3a.mp4 | 76.4 MB | MP4 Video | 10/12/2012 10:3... | |
| xvideos.com_29adc97cc8631c24e76f6907d6609d845.mp4 | 25.0 MB | MP4 Video | 10/02/2012 01:2... | |
| xvideos.com_917560bh14564ab23ba2d74c68062767.mp4 | 6.4 MB | MP4 Video | 10/20/2012 11:0... | |

44 elements

| Name | Size | Type | Modification date | Rating |
|---|---|---|---|---|
| 4090.flv | 18.3 MB | VLC media file (... | 09/30/2012 11:5... | |
| 413643l.mp4 | 70.9 MB | MP4 Video | 10/17/2012 11:2... | |
| 480_699_cOOMR-C167-.flv | 22.2 MB | VLC media file (... | 09/30/2012 11:13... | |
| 50568.mp4 | 52.7 MB | MP4 Video | 10/02/2012 12:5... | |
| 5091.flv | 56.4 MB | VLC media file (... | 09/30/2012 1:01... | |
| 5137677.mp4 | 49.0 MB | MP4 Video | 10/04/2012 07:5... | |
| 5nbtnK0w9AN480.mobile.mp4 | 123.2 MB | MP4 Video | 10/06/2012 04:2... | |
| 881.mp4 | 676.1 MB | MP4 Video | 11/29/2012 10:2... | |
| 90A42.mp4 | 190.7 MB | MP4 Video | 10/01/2012 01:4... | |
| CzechHunter_43.mp4 | 252.2 MB | MP4 Video | 10/04/2012 06:3... | |
| Dirty_talkin_interacial_Who039s_gonna_be_addicted_to_... | 24.3 MB | VLC media file (... | 10/04/2012 03:4... | |
| EricVideos_Leo_Plowed_And_Loaded_By_Igor.mp4 | 120.8 MB | MP4 Video | 10/08/2012 12:1... | |
| fukin_a_courier__HOOD_AMATEURS_FREE_BLACK_AMA... | 205.6 MB | VLC media file (... | 10/04/2012 03:5... | |
| Indian_Togjob.flv | 9.0 MB | VLC media file (... | 09/12/2012 11:0... | |
| Looking_at_his_ASS_will_make_you_Cum_.flv | 432.7 MB | VLC media file (... | 10/04/2012 08:0... | |
| Other | | Folder | 11/19/2012 12:3... | |
| Pamela_Butts_Geburtstags__xHamster.com (1).flv | 419.0 MB | VLC media file (... | 12/05/2012 08:3... | |
| RocandShay__Nice_view_of_Roc039s_bootyhole.flv | 92.2 MB | VLC media file (... | 11/03/2012 11:4... | |
| Roc_amp_Shay__xHamster.com.flv | 92.9 MB | VLC media file (... | 11/17/2012 11:3... | |
| Roc_of_RocandShay_Vids.flv | 91.9 MB | VLC media file (... | 10/29/2012 02:3... | |
| sample.wmv | 13.7 MB | Windows Medi... | 10/29/2012 03:0... | |
| Sex_With_Passion__Spankwire.com.mp4 | 58.2 MB | MP4 Video | 10/08/2012 11:1... | |
| Swing_party__xHamster.com.flv | 45.4 MB | VLC media file (... | 10/01/2012 02:0... | |
| The_Life_of_a_College_Student_u2014_the_jerking_van_h... | 114.4 MB | VLC media file (... | 09/21/2012 07:2... | |
| thugmegle5.flv | 4.2 MB | VLC media file (... | 10/15/2012 11:4... | |
| tumblr_ljng3mFJ1UQ6S.wb.mp4 | 48.3 MB | MP4 Video | 09/27/2012 03:1... | |
| tumblr_m57qdtPVqd.qacqln.mp4 | 56.0 MB | MP4 Video | 09/27/2012 11:4... | |
| tumblr_m0rdfuxlBb1qy6d_r1.mov | 11.3 MB | QuickTime Movie | 10/07/2012 06:2... | |
| xvideos.com_0l67472zl.debza572acda52zeadl2.e3a.mp4 | 76.4 MB | MP4 Video | 10/12/2012 10:3... | |
| xvideos.com_29ad07cc831.2da7d6907df6000845.mp4 | 25.0 MB | MP4 Video | 10/02/2012 01:2... | |
| xvideos.com_9127600bla3564ab2b0b22.7d.c6898707.mp4 | 6.4 MB | MP4 Video | 10/20/2012 11:0... | |
| xvideos.com_b43b490o25d671.d0f79al.cb5c804471ed.mp4 | 3.4 MB | MP4 Video | 09/09/2012 10:3... | |
| xvideos.com_c3527l8aff.ef1ecb2b4aeb4ab8723b9.mp4 | 45.2 MB | MP4 Video | 09/17/2012 10:2... | |
| xvideos.com_d08590662c50152a6c05d0fef4e50ddb.mp4 | 109.4 MB | MP4 Video | 09/14/2012 09:2... | |
| xvideos.com_c7852fa4590a386l9fc24a942cld89.mp4 | 16.2 MB | MP4 Video | 10/28/2012 09:4... | |
| xvideos.com_f5l0639Ge6df2363l8l4d0b0c39244.mp4 | 38.7 MB | MP4 Video | 11/13/2012 11:0... | |
| YouPorn - Black buddies jack off to porn.mp4 | 20.5 MB | MP4 Video | 09/21/2012 07:1... | |

44 elements



